# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145310

EMAD & JULLIE, LLC and
EXCEL NATIONAL BANK,
      Plaintiffs-Appellees,

v

COMMERCE FIRST FINANCIAL I, LLC,
      Defendant-Appellant,

and

FRED MOORE INVESTMENTS LLC, JJFY INC.
d/b/a FRED MOORE, BP, and CORRIGAN OIL
CO. NO. II,
      Defendants.

SC: 145310
COA: 302459
St. Clair CC: 09-003039-CH

_____/

On order of the Court, the application for leave to appeal the May 8, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

p0827